UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond G. Marbury

    v.                                  Civil No. 12-cv-339-JL

Strafford County Department of Corrections, Medical Department, et al.


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      The Addendum/BOP Health Services Clinical Encounter, Document #14, in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Addendum/BOP Health Services Clinical Encounter. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Addendum/BOP Health Services Clinical Encounter, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                                /s/ Landya B. McCafferty
                                               Landya B. McCafferty
                                               United States Magistrate Judge

Date: November 1, 2012


cc:    Raymond G. Marbury, pro se