```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

Raymond G. Marbury

   v.                                                         Civil No. 12-cv-339-JL

Strafford County Department
of Corrections Medical Department


**O R D E R**

Raymond G. Marbury has filed a complaint (doc. no. 1) and addenda to the complaint (doc. nos. 5, 7, 12-14, and 22), asserting that his right to receive adequate medical care was violated while he was an inmate at the Strafford County Department of Corrections. In a report and recommendation issued this date ("the R&R"), the court recommends that the complaint be denied in its entirety for failing to state any claim upon which relief might be granted.

Several motions Marbury filed in this matter are pending before the court, including: a motion to appoint a medical expert (doc. no. 10); a motion to appoint counsel (doc. no. 11); a motion for a transcript (doc. no. 15); and a motion to compel discovery (doc. no. 16). Because the court finds in the R&R that Marbury has failed to state any claim upon which relief might be granted, and recommended dismissal of this action, the

court denies each of these pending motions as each will be mooted if the district judge approves the R&R and dismisses the case. The denial is without prejudice to Marbury renewing the motions should the district judge not accept this court's recommendation of dismissal.

    SO ORDERED.

                                      _____
                                      Landya McCafferty
                                      United States Magistrate Judge

May 8, 2013

cc: Raymond G. Marbury, pro se

LBM:jba